UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FIFTY-SIX (56) ASSORTED FIREARMS,

    Defendant.

                                                            /

Case No. 1:18-CV-111

**VERIFIED COMPLAINT FOR FORFEITURE IN REM**

    NOW COMES Plaintiff, United States of America, by and through its attorneys, Andrew Byerly Birge, United States Attorney for the Western District of Michigan, and Joel S. Fauson, Assistant United States Attorney, and states upon information and belief in support of this Verified Complaint for Forfeiture *In Rem* that:

    1.    This Complaint is a civil forfeiture action filed pursuant to 18 U.S.C. § 924(d)(1), against the following 56 assorted firearms (collectively, the "Defendant Firearms"):

| Firearm Number | Name & Description | Caliber/Serial Number | Asset ID |
| --- | --- | --- | --- |
| F1 | Harrington & Richardson Topper shotgun | CAL:12 SN:BB489254 | 17-ATF-027295 |
| F2 | Winchester 9422 Rifle | CAL:22 SN:F27931 | 17-ATF-027302 |
| F3 | Winchester 94 Rifle | CAL:44 SN:3226992M | 17-ATF-027303 |
| F4 | Browning Gold Hunter Shotgun | CAL:12 SN:113MM26564 | 17-ATF-027339 |
| F5 | Smith & Wesson 22S Pistol | CAL:22 SN:UAT6818 | 17-ATF-027353 |

1

| F6 | Colt Defender Pistol | CAL:45 SN:DP2092 | 17-ATF-027354 |
|---|---|---|---|
| F7 | Beretta USA Corp 92FS Pistol | CAL:9 SN:BER174592 | 17-ATF-027357 |
| F8 | Colt Anaconda Pistol | CAL: Unknown SN:MM65408 | 17-ATF-027359 |
| F9 | Colt Government Pistol | CAL:45 SN:CG20201E | 17-ATF-027364 |
| F10 | Colt MK IV Mustang Pistol | CAL:380 SN:MS15351 | 17-ATF-027366 |
| F11 | Ruger P89DC Pistol | CAL:9 SN:309-42837 | 17-ATF-027368 |
| F12 | Colt Cobra Revolver | CAL:32 SN:232765 | 17-ATF-027371 |
| F13 | Colt MK IV Pistol | CAL:45 SN: SN:SS14774 | 17-ATF-027373 |
| F14 | Bushmaster Firearms XM15-E2S Rifle | CAL:223 SN:BK1802796 | 17-ATF-027399 |
| F15 | Bushmaster Firearms XM15-E2S Rifle | CAL:223 SN:BFH001181 | 17-ATF-027404 |
| F16 | Browning Shotgun | CAL:12 SN:NWTF010085 | 17-ATF-027408 |
| F17 | Smith & Wesson M&P 15 Rifle | CAL:556 SN:SY03439 | 17-ATF-027414 |
| F18 | Remington Arms Company, Inc. 870 Express Shotgun | CAL:20 SN: B911315U | 17-ATF-027419 |
| F19 | Remington Arms Company, Inc. 1100 Shotgun | CAL:12 SN:R064004V | 17-ATF-027423 |
| F20 | Marlin Firearms Co. 1895 Rifle | CAL:45-70 SN:MR14522F | 17-ATF-027425 |
| F21 | Remington Arms Company, Inc. 597 Rifle | CAL:22 SN:A2629086 | 17-ATF-027427 |
| F22 | Ruger 10/22 Rifle | CAL:22 SN:252-91369 | 17-ATF-027430 |
| F23 | Remington Arms Company, Inc. 552 Rifle | CAL:22 SN:B1588149 | 17-ATF-027434 |
| F24 | Henry Repeating Rifle Company H004 Golden Boy Rifle | CAL:22 SN: GB482103 | 17-ATF-027437 |
| F25 | Henry Repeating Rifle Company H006C Big Boy Rifle | CAL:45 SN: BB0056926C | 17-ATF-027441 |

| F26 | Henry Repeating Rifle Company H001Y Lever Youth Rifle | CAL:22 SN: Y053785H | 17-ATF-027446 |
| --- | --- | --- | --- |
| F27 | Winchester 1300 Shotgun | CAL:12 SN:L3251769 | 17-ATF-027449 |
| F28 | Henry Repeating Rifle Company H001M Lever Mag Rifle | CAL:22 SN: M061733H | 17-ATF-027452 |
| F29 | Henry Repeating Rifle Company H001 Lever Action Rifle | CAL:22 SN: 853298H | 17-ATF-027453 |
| F30 | Remington Arms Company, Inc. 1100 Shotgun | CAL:28 SN:L183896J | 17-ATF-027456 |
| F31 | Winchester 94 Rifle | CAL:30 SN:1262070 | 17-ATF-027457 |
| F32 | Herington & Richardson 1871 Pardner Pump Shotgun | CAL:12 SN:NZ780603 | 17-ATF-027459 |
| F33 | Remington Arms Company, Inc. 1100 Shotgun | CAL:12 SN:N719746V | 17-ATF-027460 |
| F34 | Winchester Unknown Rifle | CAL:30-30 SN:68530 | 17-ATF-027461 |
| F35 | Remington Arms Company, Inc. 870 Shotgun | CAL:12 SN:V255749M | 17-ATF-027462 |
| F36 | Savage 62 Rifle | CAL:22 SN:L352146 | 17-ATF-027463 |
| F37 | Springfield Armory 1911A1 Pistol | CAL:45 SN:NM486872 | 17-ATF-027470 |
| F38 | Colt Mustang XSP Pistol | CAL:380 SN:MP03793 | 17-ATF-027471 |
| F39 | Colt 1991A1 Pistol | CAL:45 SN:2811083 | 17-ATF-027473 |
| F40 | Walther P99 Pistol | CAL:40 SN:411192 | 17-ATF-027474 |
| F41 | Smith & Wesson M&P 9 Pistol | CAL:9 SN:DXC3046 | 17-ATF-027475 |
| F42 | Walther P22 Pistol | CAL:22 SN:L010036 | 17-ATF-027477 |
| F43 | Ruger P90 Pistol | CAL:45 SN:662-02379 | 17-ATF-027479 |
| F44 | Winchester 94 Rifle | CAL:32 SN:1906911 | 17-ATF-027482 |

| F45 | Winchester 94 Rifle | CAL:30-30 SN:2279007 | 17-ATF-027483 |
| F46 | Winchester 94 Rifle | CAL:30 SN: 1572632 | 17-ATF-027485 |
| F47 | Savage 93R17 Rifle | CAL:17 SN:2343249 | 17-ATF-027490 |
| F48 | Winchester 1300 Shotgun | CAL:20 SN:L3366899 | 17-ATF-027495 |
| F49 | Remington Arms Company, Inc. 1100 Shotgun | CAL:410 SN:L180481H | 17-ATF-027500 |
| F50 | Colt M4 Rifle | CAL: 5.56 SN:LE147676 | 17-ATF-027511 |
| F51 | Winchester 94 Rifle | CAL:32 SN:1483967 | 17-ATF-027512 |
| F52 | Remington Arms Company, Inc. 870 Shotgun | CAL:12 SN:B922847M | 17-ATF-027514 |
| F53 | Beretta AL2 Shotgun | CAL: 12 SN: G27045 | 17-ATF-027308 |
| F54 | Winchester 94 Rifle | CAL: 30-30 SN: TR16789 | 17-ATF-027310 |
| F55 | Marlin 25MN Shotgun | CAL: 22WMR SN: 03415614 | 17-ATF-027492 |
| F56 | Smith & Wesson 66-4 | CAL: 357 SN: BSP7746 | 17-ATF-027467 |

**JURISDICTION AND VENUE**

2. The Court has original jurisdiction over this proceeding pursuant to 28 U.S.C. § 1345, as this action is being commenced by the United States of America as Plaintiff.

3. This Court has jurisdiction over this forfeiture action pursuant to 28 U.S.C. §1355(b)(1)(A), as the acts giving rise to the forfeiture occurred in the Western District of Michigan.

4. Venue is proper before this Court pursuant to 28 U.S.C. § 1395(b), as the defendant property is located within the Western District of Michigan.

**THE DEFENDANTS-IN-REM**

4

5. On or about September 7, 2017, Special Agents with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) seized the Defendant Firearms during the search of Rimfire Resale and Pawn, LLC located at 4601 134th Avenue, Hamilton, Michigan pursuant to a federal search warrant. The Defendant Firearms are currently in the custody of ATF in Grand Rapids, Michigan.

6. As set forth below, the Government alleges that the Defendant Firearms are subject to forfeiture to the United States pursuant to 18 U.S.C. §924(d)(1) because they were involved in a willful violation of 18 U.S.C. §922(m).

## BACKGROUND

7. The Gun Control Act, 18 U.S.C. § 921 *et seq.*, makes it unlawful for any person other than a licensed dealer to engage in the business of dealing in firearms. The responsibility for enforcing the Gun Control Act, including the provisions related to federal firearms licensees ("FFLs"), has been delegated to ATF.

8. Among other things, FFLs are required to record their acquisition and disposition of every firearm in an acquisition and disposition ("A&D") record and to maintain the A&D record at their licensed business premises. For each firearm taken into and transferred out of inventory, the FFL is required to record the make, model, serial number, type and caliber or gauge of the firearm; the date of acquisition; the name and address (or federal firearms license number) from whom the firearm was acquired; the date on which the firearm was disposed of; and the name and address (or federal firearms license number or Form 4473 transaction number) of the person to whom the dealer transferred the firearm.

9. In addition to A&D records, an FFL is required to obtain a completed ATF Form 4473 (the "Firearms Transaction Record") from the actual buyer and complete portions of the form itself before the FFL can transfer or sell a firearm to any unlicensed person. An FFL may not complete a transfer to an unlicensed person without conducting a background check and recording the information on the Form 4473 or recording the unlicensed person's permit that qualified as an alternative to a NICS check on the form.

## FACTS SUPPORTING FOREFEITURE

10. Rimfire Resale and Pawn, LLC is a FFL operating at 4601 134th Avenue, Hamilton, Michigan. On January 7, 2010, Rimfire Resale and Pawn, LLC, through its listed responsible parties, Ricky Lee Hoek and Timothy Scott VanWieren, was granted FFL 4-38-005-02-9B-05140 by ATF. With this FFL, Hoek and VanWieren engaged in the business of dealing firearms as Rimfire Resale and Pawn, LLC.

11. In June 2017, ATF received information from the Allegan County Sheriff's Office that Rimfire Resale and Pawn might be selling firearms without requiring identification or other required paperwork.

12. Subsequently, on or about August 17, 2017, Michigan State Police Detective Waterway, acting in an undercover capacity, went to Rimfire Resale and Pawn and purchased a Harrington and Richardson, Model Topper 88, bearing serial number AU477395. Rimfire Resale and Pawn did not conduct a NICS background check or record a qualified permit, as required by law, and failed to complete Form 4473.

13. On or about August 24, 2017, ATF Special Agent Westra and Detective Waterway, both acting in an undercover capacity, went to Rimfire Resale and Pawn to make

another purchase. SA Westra indicated to VanWieren that he intended to purchase a rifle for himself, and that Detective Waterway wanted to get a handgun. SA Westra also informed VanWieren that it was his desire to purchase firearms without having any documentation associated. VanWieren informed SA Westra that he could sell any of the long guns without documentation but that he needed to document all handgun sales. During the transaction, Detective Waterway claimed he did not have his driver's license. VanWieren indicated SA Westra would have to purchase the gun for Detective Waterway using his license. SA Westra purchased a rifle bearing serial number WW118378 without completing Form 4473. SA Westra purchased a HighPoint Model C9 9mm pistol bearing serial number P10002483 for Detective Waterway. VanWieren instructed SA Westra to fill out Form 4473 but coached SA Westra how to lie on the form to "correctly" answer the questions. SA Westra made it clear to VanWieren that he was purchasing the pistol for Detective Waterway.

14. On or about September 7, 2017, ATF executed a federal search warrant at Rimfire Resale and Pawn. VanWieren was present during the search. ATF informed VanWieren that he was not under arrest and that he was free to leave. ATF also informed VanWieren that he and Rimfire Resale and Pawn were under investigation for failing to complete acquisition and disposition paperwork as required by law and failing to conduct criminal background checks as part of firearms transactions.

15. VanWieren spoke with ATF investigators during the search. VanWieren admitted that he was not filling out the required acquisition and disposition paperwork for long guns. VanWieren stated his belief that if private party long gun sales can transpire without

paperwork or a background check, he believe dealers should be able to do the same. VanWieren also admitted that in the past, he had permitted straw purchases of handguns.

16. ATF seized Rimfire Resale and Pawn's acquisition and disposition logbook and the Defendant Firearms during the search.

17. None of the Defendant Firearms were recorded in Rimfire Resale and Pawn's acquisition and disposition logbook. VanWieren and/or others working at Rimfire Resale and Pawn willfully failed to keep accurate acquisition and disposition records for the Defendant Firearms, as required by law.

## CLAIM
### (Forfeiture of Firearms Involved in a Violation of 18 U.S.C. § 922(m))

18. Plaintiff hereby re-alleges paragraphs numbered 1 through 17, as referenced above.

19. The Defendant Firearms are subject to forfeiture to the United States pursuant to 18 U.S.C. §924(d)(1) because they were involved in a willful violation of 18 U.S.C. § 922(m).

## RELIEF

Wherefore, the United States prays that the usual process for forfeiture issue against the Defendant Firearms; that due notice be given to all interested parties to appear and show cause why forfeiture to the United States of America should not be decreed; that the Defendant Firearms be condemned and forfeited to the United States of America and be delivered into the custody of the Bureau of Alcohol, Tobacco, Firearms and Explosives for disposition according to law, and for such other relief as this Court may deem just and proper.

ANDREW BYERLY BIRGE
United States Attorney

Dated: February 1, 2018

JOEL S. FAUSON
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

## VERIFICATION

I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and one of the agents assigned the responsibility for this case.

I have read the contents of the foregoing Verified Complaint for Forfeiture *in Rem* and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 1, 2018

JEFF KITCHEN
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives